UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24 cr 485 CEH-NAA

18 U.S.C. § 922(g)
(Felon in possession of a firearm or
ammunition)

JULIAN ANDREWS

21 U.S.C. § 841
(Possession with intent to distribute
controlled substances)
21 U.S.C. § 846
(Conspiracy to possess with intent to
distribute controlled substances)
18 U.S.C. § 924(c)
(Possession of a firearm in
furtherance of a drug trafficking
crime)

SEALED

## INDICTMENT

The Grand Jury charges:

NOV 12 2024 PM 4:29
FILED - USDC - FLMD - TPA

### COUNT ONE
**(Possession of a Firearm or Ammunition by a Convicted Felon)**

On or about August 21, 2022, in the Middle District of Florida, the defendant,

JULIAN ANDREWS,

knowing that he had previously been convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including the following offenses:

1. Fleeing to elude, on or about May 16, 2022;

2. Possession of a controlled substance, on or about November 19, 2019;

3. Driving While License Revoked—Habitual Offender, on or about March 5, 2019;

4. Receipt, possession or transport of firearm by convicted felon or felony first offender, on or about July 13, 2017;

5. Purchase, possession, manufacture, distribution or sale of marijuana, on or about July 13, 2017;

6. Fleeing and eluding, on or about October 8, 2014;

7. Fleeing and eluding, on or about December 17, 2012;

8. Grand theft, on or about April 3, 2007;

9. Burglary of an unoccupied conveyance, on or about April 3, 2007; and

10. Burglary of an unoccupied conveyance, on or about October 17, 2006, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Glock 43 9X19 (serial #BHTY500) pistol and assorted ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT TWO
### (Possession of a Controlled Substance with Intent to Distribute)

On or about August 21, 2022, in the Middle District of Florida, the defendant,

JULIAN ANDREWS,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

2

## COUNT THREE
### (Possession or Carrying of a Firearm in Furtherance of or in Relation to a Drug Trafficking Crime)

On or about August 21, 2022, in the Middle District of Florida, the defendant,

JULIAN ANDREWS

did knowingly carry a firearm, during and in relation to, and did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, as alleged in Count Two above; Count Two being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT FOUR
### (Conspiracy to Possess with Intent to Distribute a Controlled Substance)

Beginning on an unknown date, and continuing through on or about May 17, 2023, in the Middle District of Florida, the defendant,

JULIAN ANDREWS,

did knowingly and willfully conspire with other persons, both known and unknown, to distribute and possess with intent to distribute a controlled substance, which violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

3

## COUNT FIVE
### (Possession of a Controlled Substance with Intent to Distribute)

On or about May 17, 2023, in the Middle District of Florida, the defendant,

JULIAN ANDREWS,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2.

### FORFEITURE

1.      The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2.      Upon conviction of a violation of 21 U.S.C. §§ 841, 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.      Upon conviction of a violation of 18 U.S.C. §§ 922(g) & 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following: a Glock 43 9X19 (serial #BHTY500) and assorted ammunition.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

█████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael R. Kenneth
Assistant United States Attorney

By: _____
Diego F. Novaes
Assistant United States Attorney
Deputy Chief, Violent Crimes and
Racketeering Section

5

FORM OBD-34
November 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JULIAN ANDREWS

## INDICTMENT

Violations: 18 U.S.C. §§ 922(g) and 924(c)
21 U.S.C. §§ 841 and 846

A true bill.

███████████████████

Foreperson

Filed in open court this 12th day

of November 2024.

*Lynne Vivo*
_____
Clerk

Bail $_____

GPO 863 525