AO 442 (Rev. 11/11) Arrest Warrant

MAY 19 2025 AM 11:09
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

United States of America
v.
Julian Andrews

)
)
)
)
)
)
)

Case No. 8:24cr 485 CEH-NHA

_Defendant_

RCVD USMS M/FL TAMPA
2024 NOV 13 PM 2:54

## ARREST WARRANT ~~SEALED~~

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Julian Andrews                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm or ammunition, and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §§ 922(g) and 924(c); and
Possession with intent to distribute controlled substances, and conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841 and 846.

~~SEALED~~

Date:  11/12/2024 11/13/2024

_Melanie Bowman_
Issuing officer's signature
**MELANIE BOWMAN**

City and state:    Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 11-13-24 , and the person was arrested on _(date)_ 5-16-25 at _(city and state)_ TAMPA, FL . |

Date:  5-16-25

_McKenzi Phelps_
_Arresting officer's signature_

McKENZI PHELPS DUSM
_Printed name and title_