UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Julian Andrews
8:24-cr-00485-CEH-NHA

| **Date**: May 19, 2025 | **Court Reporter**: **Digital** |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 3:08 PM–3:35 PM    Total: 27 mins | **Deputy Clerk**: Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Samantha Beckman for Michael Kenneth, AUSA | Ryan Maguire, AFPD |
| **Initial Appearance/Arraignment/Detention Hearing** ||

Defendant present with counsel.

Arrest date: 5/16/2025

Court summarizes the charges and potential penalties and advise Defendants of Rule 5 rights.
Proceedings conducted pursuant to Rule 5(c)

Oral motion for counsel by defendant. Court finds that the Defendant qualifies for the appointment of counsel. AFPD appointed for all future proceedings.

Defendant waives formal reading of the Indictment.

Not guilty plea entered by all Defendant as to all counts.

Oral Motion for discovery by defendant **except for expert disclosures Under Rule 16(G).**

Oral order to government to provide under Rule 16(a) discovery **except for expert disclosures;**

Oral Motion for reciprocal discovery by Government.

Oral order to Defendant to provide reciprocal discovery under Rule 16(b) **except for expert disclosures.**

Defendant is arraigned.

Government seeks detention as to Defendant.

Defendant seeks release.

For the reasons stated on the record, court orders Defendant detained pending further order of the Court.

Pretrial Discovery Order to be electronically filed by Magistrate Judge Adams.

Trial set for July 2025 trial term beginning July 7, 2025 before District Judge Honeywell. Zoom Status conference on June 17, 2025.