# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                        **Case No.: 8:25-cr-485-CEH-NHA**

**JULIAN ANDREWS**

_____ /

## <u>NOTICE OF APPEARANCE</u>

The Office of the Federal Public Defender has been appointed by the

Court to represent the Defendant, Julian Andrews, in the above-styled cause.

The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant

Federal Defender, as counsel for the Defendant.

DATED this 22nd day of May 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

_/s/ Ryan J. Maguire_
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Kenneth, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender