AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Julian Andrews

)
)
)
)
)
)
)

Case No. 8:24 cr 485 CEH-NHA

*Defendant*

RCVD USMS M/FL TAMPA
2024 NOV 13 PM 3:54

## ARREST WARRANT

~~SEALED~~

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Julian Andrews                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm or ammunition, and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §§ 922(g) and 924(c); and
Possession with intent to distribute controlled substances, and conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841 and 846.

FILED - USDC - FLMD - TPA

~~SEALED~~

Date:   ~~11/12/2024~~ 11/13/2024

*Melanie Bowman*
*Issuing officer's signature*
**MELANIE BOWMAN**

City and state:    Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11-13-24 , and the person was arrested on *(date)* 5-16-25
at *(city and state)* TAMPA, FL .

Date:   5-16-25

*McKenzi Phelps*
*Arresting officer's signature*

MCKENZI PHELPS DUSM
*Printed name and title*