UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney James A.
Muench, as co-counsel for the Government in regard to forfeiture proceedings in the
above-styled cause. The Government requests that any and all pleadings,
correspondence, and other matters pertaining to this case be directed to the
undersigned, as well as to Assistant United States Attorney Michael R. Kenneth, on
behalf of the Government.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney