**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-485-CEH-NHA

JULIAN ANDREWS
_____ /

**<u>ORDER</u>**

This cause is before the Court following a status conference held on December 16, 2025. At the hearing, defense counsel moved for a continuance of the trial until the March 2026 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. The case is continued until the **MARCH 2026** trial term, commencing March 2, 2026. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant to a speedy trial. The Court, therefore, determines that the time from today until the end of the March 2026 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

A status conference is scheduled for **FEBRUARY 17, 2026, at 9:30 a.m.** before Judge Charlene Edwards Honeywell.

**DONE AND ORDERED** in Tampa, Florida, on December 17, 2025.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies:
Counsel of Record