## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                          **Case No.: 8:24-cr-485-CEH-NHA**

**JULIAN ANDREWS**

_____ /

## <u>UNOPPOSED MOTION TO CONTINUE TRIAL TERM</u>

## <u>AND TO EXTEND PRETRIAL MOTION DEADLINE</u>

Defendant, Julian Andrews, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's March 2026 trial term, by sixty (60) days and to extend the pretrial motion deadline. The government is not opposed to this request. As grounds in support thereof, Mr. Andrews, states

1. Mr. Julian Andrews had his initial appearance and arraignment on May 19, 2025, where he was charged via five-count indictment with Possession of A Firearm or Ammunition by a convicted Felon, Possession of a Controlled Substance with Intent to Distribute, Possession or Carrying of a Firearm in Furtherance of or in Relation to a Drug Trafficking Crime, Conspiracy to Possess with Intent to Distribute a Controlled Substance and Possession of a Controlled Substance with Intent to Distribute, all in violation of 18 U.S.C. §922(g), 18 U.S.C. § 924

(c), 21 U.S.C. § 841 and § 846. Docs. 1 and 14.

2. A pretrial discovery notice set this matter for July 2025 trial term with pretrial motions deadline set fifteen (15) days of the date of the arraignment and motions to suppress to be filed within thirty (30) days of the date of the arraignment. Doc. 16.

3. Mr. Andrews was ordered detained and has remained detained since his arrest. Doc. 15.

4. Three oral motions of continuances have been granted in this matter, resetting it for March 2026 trial term. Docs. 22-23, 26-28, 30-32.

5. Defense is seeking a two-cycle continuance as undersigned has found grounds for a motion to suppress, and respectfully requests the pretrial motions deadline to be extended to March 20, 2026.

6. Undersigned has conferred with Assistant United States Attorney Michael Kenneth, who has advised that the government does not oppose the relief sought in this motion.

7. Mr. Andrews is in agreement with this motion.

### MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Andrews argues that this motion satisfies the criteria

of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Julian Andrews, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Andrews in a speedy trial and enter an Order continuing the trial term to the May 2026 trial term and extending the pretrial motions deadline.

DATED this 18th day of February 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Kenneth, AUSA

> */s/ Ryan J. Maguire*
> Ryan J. Maguire, Esq.
> Assistant Federal Defender