**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

_____/

**ORDER**

This cause is before the Court on Defendant's Unopposed Motion to Continue Trial Term and to Extend Pretrial Motion Deadline (Doc. 34), filed on February 18, 2026. In support of the motion, defense counsel indicates that he has found grounds for a motion to suppress and seeks a two-cycle continuance and extension of the pretrial motion deadline to March 20, 2026. The Court has been advised that the Government does not oppose the relief sought in the motion. Accordingly, it is hereby,

**ORDERED**:

1. Defendant's Unopposed Motion to Continue Trial Term and to Extend Pretrial Motion Deadline (Doc. 34) is **GRANTED**.

2. The trial in this case is continued to the May 2026 trial term, commencing May 4, 2026. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by continuing the case outweigh the best interests of the public and the Defendant to a speedy trial. The Court, therefore, determines that the time

from today until the end of the May 2026 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

3.  A status conference is scheduled for **April 21, 2026, at 9:30 AM.**

4.  The deadline to file pretrial motions is extended to **March 13, 2026.**

**DONE AND ORDERED** in Tampa, Florida, on February 20, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record