UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-CR-485-CEH-NHA

JULIAN ANDREWS

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MOTION TO SUPPRESS

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this motion for an extension of one week until

April 3, 2026, to respond to the Motion to Suppress (Dkt. 36). In support thereof, the

Government states as follows:

1.     On November 12, 2024, a federal grand jury returned a five-count

indictment charging the Defendant with conspiracy to distribute controlled

substance, possession with intent to distribute controlled substances, possession of a

firearm in furtherance of a drug trafficking crime, and felon in possession of a

firearm. Dkt. 1. Defendant was arraigned on May 19, 2025. *See* Dkt. 14.

2.     On March 13, 2026, the Defendant filed a Motion to Suppress related

to the search of a backpack at the time of Defendant's 2022 arrest. Dkt. 36.

3.     The Government's response is currently due on March 27, 2026.

4.     The Government is in the process of contacting relevant witnesses and

otherwise preparing its response, which has been slowed down by witness

availability and competing obligations.

5. As a result, the Government needs additional time to complete the response to the Defendant's pending Motion.

6. Counsel for the United States has conferred with counsel for the Defendant, who does not oppose the relief requested.

7. Therefore, the United States respectfully requests a one-week extension to the deadline to file a response to the Motion until Friday, April 3, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274 6103
E-Mail: michael.kenneth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to counsel for the parties of record.

*/s/ Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274 6103
E-Mail: michael.kenneth@usdoj.gov