**U.S. v. Julian Andrews**                    **Case No. 8:24-cr-485-CEH-NHA**

# Exhibit 1 – placeholder for Disc sent to Judge via the Clerk's Office